In the Matter of CHRISTOPHER P. et al., Appellants, v JASON SIDNEY G. et al., Respondents. (Proceeding No. 1.)

In the Matter of KEVIN M. et al., Respondents, v JASON SIDNEY G. et al., Respondents. CHRISTOPHER P. et al., Nonparty Appellants. (Proceeding No. 2.)

Submitted May 11, 2015; decided June 25, 2015

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

DOREEN HARRIS, Also Known as DOROTHY MILLER, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted March 30, 2015; decided June 25, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

MICHAEL WESLEY HARRIS, Appellant, v THE UNION THEOLOGICAL SEMINARY IN THE CITY OF NEW YORK, Respondent.

Decided June 25, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.